UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BANUELOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLEN AGUILAR,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-00045-JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PAYMENT OF INMATE FILING FEE BY KINGS COUNTY JAIL<br><br>(Doc. 2) |

Plaintiff requests to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) Plaintiff has made the showing required by section 1915(a); and, accordingly, the Court grants his request to proceed *in forma pauperis*. Plaintiff is obligated to pay the statutory filing fee of $350 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of 20 percent of the preceding month's income credited to his inmate trust account. 28 U.S.C. § 1915(b)(2). The Kings County Jail is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id.* Accordingly, the Court **ORDERS**:

1. Plaintiff's motion to proceed *in forma pauperis*, (Doc. 2), is GRANTED.
2. **The Kings County Sheriff or his designee shall collect payments from the plaintiff's inmate trust account in an amount equal to 20 percent of the preceding month's income credited to the account, and shall forward those payments to the**

**Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Kings County Sheriff at P.O. Box 1699, Hanford, CA 93230.
4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.
5. Within 60 days of the date of service of this order, Plaintiff shall submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of his complaint, if he has not already done so.

IT IS SO ORDERED.

Dated: **January 16, 2020**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE