UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BANUELOS,<br><br>        Plaintiff,<br><br>    v.<br><br>A. AGUILAR,<br><br>        Defendant. | No. 1:20-cv-00045-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 9) |

    Plaintiff Robert Banuelos is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 23, 2020, the assigned magistrate judge issued a screening order, finding that plaintiff's complaint fails to state a cognizable claim and directing plaintiff to file a first amended complaint within twenty-one (21) days. (Doc. No. 7.) The U.S. Postal Service returned the order as undeliverable on May 11, 2020.

    Pursuant to Local Rule 183(b), if mail directed to a *pro se* plaintiff "is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Although more than sixty-three days have passed, plaintiff has failed to notify the court of his current address.

Accordingly, on July 27, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed without prejudice for plaintiff's failure to prosecute. (Doc. No. 9.) The findings and recommendations were served on plaintiff and provided him fourteen (14) days to file objections thereto. (*Id.* at 2.) Plaintiff has not filed any objections and the time do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 27, 2020 (Doc. No. 9) are adopted in full;
2. This action is dismissed without prejudice for plaintiff's failure to prosecute; and,
3. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:  **September 4, 2020**

UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Local Rule 182(f), if a *pro se* party fails to notify the court of a change of address, "service of documents at the prior address [of record] of the . . . party shall be fully effective."

2